Patrick J. Geile
CHAPTER 7 BANKRUPTCY TRUSTEE
PO Box 925
Meridian, ID 83680
Telephone (208) 947-1575

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

Gray, Rebecca Goel

                Debtor(s).

Case No. 21-00532-NGH
Chapter 7

**MINUTES OF 341(a) MEETING OF CREDITORS**

Date of Meeting: 09/23/2021, 08:00 AM

Location of Meeting: Telephonic

Recorder Track No.: 4

1. Debtor(s) were sworn and examined.

2. Debtor(s)' attorney was present.

3. Debtor(s)' identification was verified.

4. Debtor(s)' social security number was verified.

5. The following creditors appeared at the meeting: None.

6. The meeting was continued to 10/14/2021 at 09:00 AM. Debtor to provide in formation on settlement sheet for sale of home and divorce decree.

Date: September 24, 2021

/s/ Patrick J. Geile
Chapter 7 Bankruptcy Trustee