Patrick J. Geile
CHAPTER 7 BANKRUPTCY TRUSTEE
PO Box 925
Meridian, ID 83680
Telephone (208) 947-1575

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:

Gray, Rebecca Goel

Debtor(s).

Case No. 21-00532-NGH
Chapter 7

**MINUTES OF 341(a) MEETING OF CREDITORS**

Date of Meeting: 10/14/2021, 09:00 AM

Location of Meeting: Telephonic

Recorder Track No.: 9

1. Debtor(s) were sworn and examined.

2. Debtor(s)' attorney was present.

3. The following creditors appeared at the meeting:  None.

4. The meeting was concluded.

Date: October 14, 2021                           /s/  Patrick J. Geile
                                                 Chapter 7 Bankruptcy Trustee